## EXHIBIT LIST

**Case Caption:** USA v. Rayoose Esparza     **Case No.** 10-69

**Date:** 2/22/11     **Type of Proceeding:** Sentencing

Gov't

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| 1-3 | | Photographs showing injuries of victims | | | | |

Returned to Gov't at
Conclusion of hearing

Page 1 of 1